PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Rayshawn Ross                               Dkt.#09-558-003
                                                              PACTS #: 53893

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton (as reassigned)

Date of Original Sentence: 04/05/11

Original Offense: Distribution of Heroin

Original Sentence: 12 months and 1 day imprisonment followed by a three-year-term of supervised release

Type of Supervision: Supervised Release                       Date Supervision Commenced: 03/30/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Ross's supervised release term is scheduled to expire on March 29, 2015, and he has an outstanding fine obligation. The offender has two part-time jobs and a small social security income. He does not earn enough to maintain monthly expenses, which has prevented him from satisfying the fine obligation. |

U.S. Probation Officer Action:

The probation office recommends that the offender's supervised release term be allowed to expire as scheduled on March 29, 2015. We request that the Financial Litigation Unit commence collection of the outstanding financial obligation upon expiration of supervision.

Respectfully submitted,

*Maureen Kelly*

By: Kellyanne Kelly
Senior U.S. Probation Officer
02/05/15

---

The Court orders that Probation:

[X] Allow supervision to terminate with outstanding financial obligations
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

February 6, 2015
Date